

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00348-CV

**ANDERSON-JENKINS SIGNATURE HOMES, LTD.**
and Anderson-Jenkins Signature Homes GP, LLC,
Appellants

v.

Benjamin Randolph **ALLEN**, III and Kelley P. Allen,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 17-148
Honorable Bill R. Palmer, Judge Presiding

## O R D E R

This is an accelerated appeal in which the clerk's record was due June 4, 2018. On June 5, 2018, the district clerk filed a notification of late record, requesting an extension of time to file the record on or before June 22, 2018. After consideration, we **GRANT** the district clerk's request and **ORDER** the district clerk to file the clerk's record **on or before June 22, 2018**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court